# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

JAMMY DEMOND BELL,      :
AIS 168174,
                                    :

    Petitioner,
                                    :

vs.                                     CA 07-0605-WS-C
                                    :

GRANT CULLIVER,
                                    :

    Respondent.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 24, 2008, is **ADOPTED** as the opinion of this Court.

    **DONE** and **ORDERED** this 11th day of March, 2008.

                                                      s/WILLIAM H. STEELE
                                                      UNITED STATES DISTRICT JUDGE