IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMMY DEMOND BELL, :
AIS 168174,
:
   Petitioner,
:
vs.                                            CA 07-0605-WS-C
:
GRANT CULLIVER,
:
   Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's request for habeas corpus relief, pursuant to 28 U.S.C. § 2254, be denied based upon his failure to establish that his constitutional rights were violated.

**DONE** and **ORDERED** this 11th day of March, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE